USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

JD 17 /

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CA 06-115ML |
| DEFENDANT | TYPE OF PROCESS |
| One 1997 Mercedes E-300D, VIN: WDBJF20F1VA373129 | Summons/Complaint packet |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Rafael Santos

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold    Fold

RECEIVED
2006 MAR 21 A 8:40
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael P. Iannotti (signature) | [✓] PLAINTIFF<br>[ ] DEFENDANT | 401/709-5000 | 3-20-06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | (signature) | 03/21/06 |

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
RAFAEL SANTOS -

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
950 HIGH ST. (WYATT DETENTION FACILITY)
CENTRAL FALLS. RI

| Date | Time |
|---|---|
| 3/23/06 | 1404 am / (pm) |

Signature of U.S. Marshal or Deputy
C. A Moore

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
10 MILES. 1 DEPUTY. 45 MINUTES SERVED IN HAND C. MOORE

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/23/06 |
|---|---|
| NAME OF SERVER *(PRINT)* CLIFTON A MOORE JR | TITLE CI-DUSM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 950 HIGH ST. (WYATT DETENTION) CENTRAL FALLS. R.I

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/23/06 — Date

C.A Moore Jr — *Signature of Server*

2. EXCHANGE TERRACE, PROV. R.I — *Address of Server*

† REFUSED TO SIGN

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.