IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff

vs.

ONE 1997 MERCEDES E-300D,
VIN: WDBJF20F1VA373129,
Defendant

C.A. NO. 06-115S

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Rafael Santos for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DEFAULT HEREBY ENTERED:
[signature]
DEPUTY CLERK 4/26/06

[signature]
MICHAEL P. IANNOTTI
Assistant U.S. Attorney