IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.

ONE 1997 MERCEDES E-300D,
VIN: WDBJF20F1VA373129,
Defendant

C.A. NO. 06-115S

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on or about September 8, 2005, the defendant vehicle, one 1997 Mercedes E-300D, VIN: WDBJF20F1VA373129, was seized in Providence, Rhode Island, by agents of the Drug Enforcement Administration (DEA) pursuant to the arrest of Rafael Santos.

3. That on April 26, 2006 the default of Rafael Santos was entered. (Exhibit One).

4. That notice of this forfeiture action was published in the Providence Journal on March 25, April 6, and April 13, 2006. (Exhibit Two).

5. That no person or entity has filed any claim to the defendant vehicle or attempted to plead or otherwise defend the above-entitled action.

6. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendant vehicle to the plaintiff, the United States of America.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 16th day of May, 2006.

Notary Public

My commission expires: 8/27/09.