IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. NO. 06-115S |
| ONE 1997 MERCEDES E-300D, VIN: WDBJF20F1VA373129, Defendant | ) | |

## REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Rafael Santos for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DEFAULT HEREBY ENTERED:
[signature]
DEPUTY CLERK 4/26/06

[signature]
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

EXHIBIT ONE

Case 1:06-cv-00115-S-LDA Document 8 Filed 05/09/2006 Page 1 of 4

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CA 06-115ML |
| DEFENDANT: One 1997 Mercedes E-300D, VIN: WDBJF20F1VA373129 | TYPE OF PROCESS: Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED
2006 MAR 2[illegible]
U.S. MARSHAL DISTRICT OF R.I.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Publish Notice of Forfeiture once a week for three weeks

Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 3-20-06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 03/21/06 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date: 5.9.06 | Time: ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy: [signature] | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: ADVERTISED IN PROV JOURNAL ON 3/30/06; 4/06/06 AND 4/13/06 [initials]

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

EXHIBIT TWO

Mental Health Emergency Service Interventions for Children Youth and Families - Regulations for Certification. This proposed rule establishes the licensing provisions for agencies seeking to deliver child-family competent emergency service interventions for children whose health insurance is publicly funded.

The proposed regulations are in compliance with RI General Laws 40.1-5-6 and 42-72-5.2.

The proposed regulations are accessible on the DCYF website (http://www.dcyf.ri.gov) or available in hard copy upon request (401-528-3548).

Persons wishing to testify may do so by signing up at the Hearing or by submitting written testimony by Friday, April 28, 2006 to Janet Anderson, Ed.D., Assistant Director for Community Services and Behavioral Health, Department of Children, Youth and Families, 101 Friendship Street, Providence, RI 02903.

This hearing is held and the regulations are processed in accordance with the Administrative Procedures Act, Chapter 42-35 of the Rhode Island General Laws.

The Forman Center is accessible to the handicapped. Individuals requesting interpreter services for the hearing impaired must notify the Department at 401-528-3548 (hearing/speech impaired, dial 711) at least 72 hours in advance of the Hearing date.

The Department of Children, Youth and Families does not discriminate on the basis of race, color, national origin or handicap in acceptance for or provision of services or employment in its programs or activities.

Patricia Martinez, Director

## TOWN OF EXETER
### COLLECTOR'S SALE OF ESTATES FOR TAXES AND/OR ASSESSMENTS DUE AND UNPAID

The undersigned, Tax Collector of the Town of Exeter, hereby gives notice that she will sell at public auction to the highest bidder in the Council Chamber, Town Hall, 675 Ten Rod Road, Exeter, Rhode Island, on the 6th day of April, 2006 at 9:30 a.m., Local Time, the various parcels of real estate or so much thereof as may be necessary to pay the taxes and assessments which constitute a lien thereon, as set forth in the original advertisement of the 16th day of March, 2006 in THE PROVIDENCE JOURNAL to which reference is hereby made.

Property upon which taxes have been paid since the advertisement first appeared, will not, of course, be included in the sale.

TERMS: CASH OR BANK CHECK ONLY.

Lynette L. Lussier, Tax Collector
Town of Exeter

permit under the Zoning Ordinance.

The continued petition of Madison Morgan Development, LLC, applicant and owner of property located on Cedar Grove Drive, Exeter, RI, and further designated as Assessor's Plat 38, Block 3, Lots 14 & 33. A request for dimensional variance from the Exeter Zoning Ordinance, Article II, Section 2.4.2(1)(4)(6) to build a 20' x 12' shed in a RU-3 zone.

The petition, of John Chipman, applicant and owner of property located at 22 Sodom Trail, Exeter, RI, and further designated as Assessor's Plat 49, Block 4, Lot 33. A request for a dimensional variance from the Exeter Zoning Ordinance, Article II, Section 2.4.2 (2)(6) to build a 26'4" x 29' garage and a 10' x 14'1" breezeway in a RU-4 zone.

The petition of Gregg Pennington, applicant and Pendar Realty, owner of property located at 567 South County Trail, Exeter, RI and further designated as Assessor's Plat 71, Block 4, Lot 1. A request for a Special Use Permit from the Exeter Zoning Ordinance, Article II, Section 2.4.1(51) to operate a dance school in a Business zone.

The petition of Phyllis Lewis, applicant and owner of property located at 392 Ten Rod Road, Exeter, RI and further designated as Assessor's Plat 37, Block 4, Lot 6. A request for a dimensional variance from the Exeter Zoning Ordinance, Article II, Section 2.4.2, (1)(2)(6) to remove an existing mobile home and barn to be replaced with a 27'6" x 70' modular home in an RU-4 zone.

A seventy-two (72) hour notice is required for persons with sensory impairment requiring auxiliary aids by calling 295-7500. The Exeter Town Hall is handicap accessible.

PER ORDER OF THE EXETER ZONING BOARD OF REVIEW
Susan L. La Perriere, Clerk

## STATE OF RHODE ISLAND PROBATE COURT OF THE TOWN OF EXETER
675 TEN ROD ROAD
EXETER, RI 02822

Matters pending and for hearing in said Court:

The Court will be in session at the Town Hall on the date specified below at 9:00 a.m. for hearing in said matters:

GIGGEY, ROGER VINCENT (Estate) (06-03): Hope E. Brown of Exeter, RI and Cathryn D. Stickney of North Kingstown, RI have qualified as Co-Administrators; creditors must file their claims in the office of the Probate Clerk within the time required by law beginning March 23, 2006.

Cheryl A. Chorney
Probate Clerk

82 Mulliville Avenue, Suite 2950
Massachusetts 02180
Telephone: (781) 246-8995

City of Pawtucket
## Invitation to Bid
Roof Replacement
Fire Station

The City of Pawtucket is seeking sealed bids for the above item(s) for the Public Works Department

Specifications are available at the Purchasing Division office, City Hall, lower level, 137 Roosevelt Avenue.

Mandatory Pre-Bid Conference
Friday, April 7, 2006
at 10:00 AM
Public Works
250 Armistice Blvd.
Pawtucket, RI 02860

Bids will be opened publicly in the City Council Chambers on Tuesday, April 11, 2006 at 2:30 p.m. Bids are due in the Purchasing Division office no later than 1:00 p.m. on day of bid opening.

The City of Pawtucket reserves the right to reject any and all bids, to waive any informalities, to accept individual bid items excluding others, and to accept any bid that it may deem to be in the best interests of the City.

Individuals requesting interpreter services for the hearing impaired must notify the City Clerk's Office at (401) 728-0500, Ext. 225, seventy-two hours in advance. TDD telephone number is (401) 722-8239.

Joseph Roque
Purchasing Agent

City of Pawtucket
## Invitation to Bid
Veterans Park
Stairway Replacement

The City of Pawtucket is seeking sealed bids for the above item(s) for the Public Works Department

Specifications are available at the Purchasing Division office, City Hall, lower level, 137 Roosevelt Avenue.

Pre-Bid Conference
Thursday, April 6, 2006
at 9:00 AM
Public Works
250 Armistice Blvd.
Pawtucket, RI 02860

Bids will be opened publicly in the City Council Chambers on Tuesday, April 11, 2006 at 2:30 p.m. Bids are due in the Purchasing Division office no later than 1:00 p.m. on day of bid opening.

The City of Pawtucket reserves the right to reject any and all bids, to waive any informalities, to accept individual bid items excluding others, and to accept any bid that it may deem to be in the best interests of the City.

Individuals requesting interpreter services for the hearing impaired must notify the City Clerk's Office at (401) 728-0500, Ext. 225, seventy-two hours in advance. TDD telephone number is (401) 722-8239.

Joseph Roque
Purchasing Agent

redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of the sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check, or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, which hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

Gelfuso & Lachut, Inc.
Attorneys for the Holder of the Mortgage
1193 Reservoir Avenue
Cranston, Rhode Island 02920

## MORTGAGEE'S SALE
19 Saint Elizabeth Street
Bristol, Rhode Island

Will be sold at public auction on April 21, 2006 at 12:00 noon local time, on the premises, by virtue of the power of sale contained in a mortgage made by DOLORES F. MANCHESTER and DANIEL T. MANCHESTER, III, dated February 14, 2005, and recorded in the Records of Land Evidence of the Town of Bristol, State of Rhode Island, in Book 1184, Page 231, as affected by that certain Corrective Mortgage dated February 14, 2005, recorded in Book 1240, Page 242 of said Land Evidence Records, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 1184 at Page 231, as affected by that certain Corrective Mortgage dated February 14, 2005, recorded in Book 1240, Page 242 of said Land Evidence Records.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

strictions and easements of record, liens concerning said premises, rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE
115 John Street
Warwick, Rhode Island

Will be sold at public auction on April 21, 2006 at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by KARLIN CROSBY, dated August 30, 2002, and recorded in the Records of Land Evidence of the City of Warwick, State of Rhode Island, in Book 4160, Page 151, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 4160 at Page 151.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

50/50 Sidewalk-Curbing Program

The City of Pawtucket is seeking sealed bids for the above item(s) for the Public Works Department

Specifications are available at the Purchasing Division office, City Hall, lower level, 137 Roosevelt Avenue.

Pre-Bid Conference
Thursday, April 6, 2006
at 9:30 AM
Public Works
250 Armistice Blvd.
Pawtucket, RI 02860

Bids will be opened publicly in the City Council Chambers on Tuesday, April 11, 2006 at 2:30 p.m. Bids are due in the Purchasing Division office no later than 1:00 p.m. on day of bid opening.

The City of Pawtucket reserves the right to reject any and all bids, to waive any informalities, to accept individual bid items excluding others, and to accept any bid that it may deem to be in the best interests of the City.

Individuals requesting interpreter services for the hearing impaired must notify the City Clerk's Office at (401) 728-0500, Ext. 225, seventy-two hours in advance. TDD telephone number is (401) 722-8239.

Joseph Roque
Purchasing Agent

## NOTICE OF FORFEITURE
## UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE 1997 MERCEDES E-300D,
VIN: WDBJF20F1VA373129,
Defendant
C.A. No. 06-115ML

Notice is hereby given that on March 16, 2006, the above forfeiture action was commenced against One 1997 MERCEDES E-300D, VIN: WDBJF20F1VA373129, seized in Providence, Rhode Island on September 8, 2005. Any person having or claiming an interest in or to said parcels of property must file his claim with the clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint hereinafter within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

More Legals on Page E2

EXHIBIT TWO

...$804.80
...9268 $1029.80

...tral Falls
...ON TO BID
Central Falls is
...s for the fol-
...riven Electric
to include all
listed in the
...l new Public
for the City of
Plans & Speci-
...be picked up at
...he City Clerk/
...ent, 580 Broad
...lls, R.I. 02863.
...efundable de-
...nd made pay-
...Central Falls.
...nitoring Cam-
...r the Central
...tective's Inter-
...ell Block and
...Facility.
System of po-
...r the Central
...partment.
...ications Con-
...d related ac-
...e Central Falls
...ent.
...ture, Supply,
...istribution of
...ral Falls Trash
...an and Green
...s and Instruc-
...s available at
...e City Clerk/
...nt Monday -
... the hours of
...p.m. or on-line
...tralfallsri.us,
...ting.
Central Falls
...it to accept or
...ll bids/propo-
...nterest of the
...also reserves
...ve any infor-
...vard shall be
...is of the low-
...r responsive
...be sealed in
the project
...arked in the
...corner of the
...must be re-
...m. in the Of-
...hasing Agent
...ril 27, 2006.
...ccepted after
...d is required
...dd. The suc-
...will be re-
...de a 100%
...d at the time
...be publicly
... on the date
...0 p.m. in the
...il Chambers,
...eet, Central
...owley, CMC
...hasing Agent

...for an
...sales
...who'll help
...SIFIED ad
...ow.

...brances and such local, state and federal taxes, assessments, and charges, if any, as shall constitute valid liens and encumbrances thereon after said sale.

TERMS: FIVE THOUSAND DOLLARS ($5,000.00) down payment in cash, bank check or certified check at time of sale; other terms will be announced at time of sale.

By order of the holder of the Mortgage which gives notice of its intention to bid at said sale or any adjournment thereof.

SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
Attorney for the present Holder of the Mortgage

---

**TOWN OF BURRILLVILLE**
**Request for Proposals**
**Project Management and Marketing Services**
**Commerce Industrial Park, Burrillville, RI**

Proposal packages ("RFP") for firms wishing to make a proposal to the Town shall be picked up during regular business hours (Mon.-Weds. 8:30 A.M. - 4:30 P.M., Thurs. 8:30 A.M. - 7:00 P.M., Fri. 8:30 A.M. - 12:30 P.M.) at:

Town Clerk's Office
Burrillville Town Hall
105 Harrisville Main Street
Harrisville, RI 02830
(401) 568-4300 x112

The basic RFP can be viewed on the Town's website - www.burrillville.org, under Public Notices, Bids & RFPs. Proposers ("service providers") must pick up a proposal package and register with the Town Clerk's Office in order to be eligible to participate.

**Proposals will be received by the Town Manager's Office (401) 568-4300 x115 and opened in Town Council Chambers, Burrillville Town Hall, 105 Harrisville Main Street, Harrisville, RI 02830. NO faxed proposals will be accepted. All proposals must be received by 2 p.m. on May 4, 2006, the date and time of the opening.**

Proposal packages will be available on or after March 31, 2006.

The Town reserves the right to accept or reject any or all proposals or parts thereof and to waive any informality or to accept the proposal deemed to be in the best in interests of the Town.

Interpreters for the hearing impaired at the pre-bid or bid opening will be provided with a three (3) day notice prior to the date of the meeting.

For questions please call the Town Manager's office 401-568-4300 ext. 115.

By: John P. Mainville,
Finance Director

---

...for the hearing impaired, please contact the Mayor's Neighborhood Service office at 751-0203 (TDD) within 48 hours of this meeting.

For more information about the hearing, please call the Department of Planning and Development at (401) 351-4300 x414.

Thomas E. Deller, AICP
Director
David N. Cicilline, Mayor

---

**MORTGAGEE'S SALE**
**19 Saint Elizabeth Street**
**Bristol, Rhode Island**

Will be sold at public auction on April 21, 2006 at 12:00 noon local time, on the premises, by virtue of the power of sale contained in a mortgage made by DOLORES F. MANCHESTER and DANIEL T. MANCHESTER, III, dated February 14, 2005, and recorded in the Records of Land Evidence of the Town of Bristol, State of Rhode Island, in Book 1184, Page 231, as affected by that certain Corrective Mortgage dated February 14, 2005, recorded in Book 1240, Page 242 of said Land Evidence Records, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 1184 at Page 231, as affected by that certain Corrective Mortgage dated February 14, 2005, recorded in Book 1240, Page 242 of said Land Evidence Records.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8200

---

...000.00 dated April 29, 2005 and recorded April 29, 2005 at ...PM in Book ... at Page 91 in the Records of Land Evidence in the City of Warwick.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Kathryn A. Fyans, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

---

**NOTICE OF FORFEITURE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE 1997 MERCEDES E-300D,
VIN: WDBJF20F1VA373129,
Defendant
C.A. No. 06-115ML

Notice is hereby given that on March 16, 2006, the above forfeiture action was commenced against One 1997 MERCEDES E-300D, VIN: WDBJF20F1VA373129, seized in Providence, Rhode Island on September 8, 2005. Any person having or claiming an interest in or to said parcels of property must file his claim with the clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

---

...identified as Assessor's Plat 84, Lot 162 as more particularly described in said mortgage deed recorded in said Book 7802 at Page 106, ET SEQ.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of the sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check, or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, which hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

Gelfuso & Lachut, Inc.
Attorneys for the Holder of the Mortgage
1193 Reservoir Avenue
Cranston, Rhode Island 02920

---

**NORTH PROVIDENCE SCHOOL DEPARTMENT**
**2240 MINERAL SPRING AVENUE**
**NORTH PROVIDENCE, RHODE ISLAND 02911**
**INVITATION TO BID**

The North Providence School Department is soliciting bids for Copy Machine Maintenance Contract and Supplies.

Specifications may be obtained from the Finance Office, 2240 Mineral Spring Avenue, North Providence, Rhode Island 02911. Sealed bids must be received by **Friday, APRIL 21, 2006 at 10:00 A.M, at the Finance Office at which time they will be opened.**

The School Committee reserves the right to reject any and/or all bids or any part thereof.

Individuals requesting interpreter services for the hearing impaired must notify the North Providence School Department at (401) 233-1100 seventy-two (72) hours in advance of the bid opening.

North Providence School Department
Linda J. Celona
Director of Finance

---

**More Legals on Page E2**



EXHIBIT TWO

quired by Order of this Court.

6. That the commencement, prosecution, or continuance of the prosecution, of any action, suit, arbitration proceeding, hearing, or any foreclosure, reclamation or repossession proceeding, whether judicial or non-judicial, or any other proceeding, in law or in equity, or under any statute, or otherwise, against said Property, in any court, agency, tribunal, or elsewhere, or before any arbitrator, or otherwise, by any creditor, stockholder, corporation, partnership or any other person, or the levy of any attachment, execution or other process upon or against the Property, or the taking or attempting to take into possession the Property, by any of such parties as aforesaid, or the termination of telephone, electric, gas or any other utility service to the Property, by any public utility, without obtaining approval thereof from this Honorable Court, in which connection said Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained, and enjoined until further Order of this Court.

7. That a Citation be issued to Rafael Santos ("Santos"), owner of the Property, returnable to the Superior Court sitting at Providence, Rhode Island on 5/10/2006, at 10:00 a.m. at which time and place this cause is set down for Hearing on the prayer for the Appointment of a Permanent Receiver; that the Clerk of this Court shall give Notice of the pendency of the Petition herein by publishing this ORDER APPOINTING TEMPORARY RECEIVER once in THE PROVIDENCE JOURNAL on or before April 13, 2006, and the Receiver shall give further notice by mailing, on or before April 20, 2006, a copy of said ORDER APPOINTING TEMPORARY RECEIVER to any person or entity having an interest in or lien on the Property.

8. The Court finds that the designation of the aforedescribed person for appointment as Receiver herein is warranted and required by the emergency needs in this case for his specialized expertise and extensive experience in operating businesses in Receivership and in administrating non-routine Receiverships which, involve unusual and/or complex legal, financial, and/or business issues, and by his availability to serve immediately as such Receiver.

ENTERED as an Order of this Court this 28th day of March, 2006.

ENTER:
Fortunato, J.

PER ORDER:
AnnMarie DeCosta
Deputy Clerk
3/28/06

PRESENTED BY:
Armando E. Batastini (#6016)
EDWARDS ANGELL
PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Rhode Island 02886 up until 10:00 A.M. on Wednesday, April 26, 2006. The bids will be opened publicly commencing at 10:00 A.M. on the same day in the Conference Room, Lower Level, Warwick City Hall.

Awards shall be made on the basis of the lowest evaluated or responsive bid price. Please note that no bids can be accepted via email or fax.

Individuals requesting interpreter services for the hearing impaired must notify the Division of Purchasing at 401-738-2000, Ext. 6241 or TDD at 739-9150 at least 48 hours in advance of the bid opening date.

James F. Marcello
Purchasing Agent

## MORTGAGEE'S SALE
1780 West Shore Road
Warwick, Rhode Island

Will be sold at public auction on April 28, 2006 at 11:00 a.m. local time on the premises at 1780 West Shore Road, Warwick, Kent County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Jennifer M. Lothrop and Christopher E. Mancini, which mortgage is dated October 9, 2003, and recorded October 15, 2003 at 10:18 AM in Book 4889 at Page 129 in the Records of Land Evidence in the Town of Warwick, the conditions of said mortgage having been broken;

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 4889 at Page 129 in the Records of Land Evidence in the Town of Warwick.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Kathryn A. Fyans, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458

MERCEDES E-300D,
VIN: WDBJF20F1VA373129,
Defendant
C.A. No. 06-115ML

Notice is hereby given that on March 16, 2006, the above forfeiture action was commenced against One 1997 MERCEDES E-300D, VIN: WDBJF20F1VA373129, seized in Providence, Rhode Island on September 8, 2005. Any person having or claiming an interest in or to said parcels of property must file his claim with the clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

## NOTICE OF MORTGAGEE'S SALE
1039 Chalkstone Avenue
Providence, Rhode Island
Assessor's Plat 84
Lot 162

Will be sold at public auction on April 21, 2006 at 10:00 a.m. local time, on the premises, by virtue of the power of sale contained in that certain mortgage deed made and executed by New Concept Entertainment, Inc., dated May 19, 2005, and recorded in the Records of Land Evidence of the City of Providence, County of Providence, State of Rhode Island, in Book 7802, Page 106, ET SEQ., the conditions of said mortgage deed having been broken:

The premises to be sold is that certain parcel of land with all buildings and improvements thereon located at 1039 Chalkstone Avenue, Providence, Rhode Island, and identified as Assessor's Plat 84, Lot 162 as more particularly described in said mortgage deed recorded in said Book 7802 at Page 106, ET SEQ.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of the sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check, or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, which hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

Gelfuso & Lachut, Inc.
Attorneys for the Holder of the Mortgage
1193 Reservoir Avenue
Cranston, Rhode Island 02920

cated at 1655 Westminster Street, Providence, Rhode Island on **Thursday, April 27, 2006 at 4:30 p.m.** The purpose of the meeting is to provide information to the public and to receive public comment as part of the Commission's review of a proposed major land development project. This amended proposal consists of a mixed use structure containing below grade parking, first level retail and multi-family housing above to be built on a certain tract of land at 321-327 Atwells Avenue, 333 Atwells Avenue and 144 Spruce Street in Providence, Rhode Island and on that portion of Murphy Street abandoned by the Providence City Council by Resolution No.276 approved on June 21, 2004.

INDIVIDUALS REQUESTING INTERPRETER SERVICES MUST NOTIFY THE OFFICE OF NEIGHBORHOOD SERVICES AT 421-7768, 48 HOURS IN ADVANCE OF THE HEARING DATE.

PERSONAS QUE REQUIERAN SERVICIO DE INTERPRETES DEBERAN NOTIFICAR A LA OFICINA DE SERVICIOS PARA VECINDARIOS AL 421-7768 CON 48 HORAS DE ANTICIPACION DEL DIA DE LA AUDENCIA.

Stephen Durkee, Chair
City Plan Commission
David N. Cicilline, Mayor
City of Providence

CITY OF WARWICK
**BIDS REQUESTED FOR**
**Bid #2006-284 Real Estate Appraisal Services & Report for Ives Bluff/ Ives. Rd.**
**Bid #2006-285 Maintenance & Service Contract for Fire Department Generators**

Plans and specifications are available in the Purchasing Division, Warwick City Hall, Monday through Friday, 8:30 A.M. until 4:30 P.M. on or after Thursday, April 13, 2006. **Please note that our office will be closing at noon on Friday, April 14, 2006**

Sealed bids will be received by the Purchasing Division, Warwick City Hall, 3275 Post Road, Warwick, Rhode Island 02886 up until 10:00 A.M. on Friday, April 28, 2006. The bids will be opened publicly commencing at 10:00 A.M. on the same day in the Conference Room, Lower Level, Warwick City Hall.

Awards shall be made on the basis of the lowest evaluated or responsive bid price. Please note that no bids can be accepted via email or fax.

Individuals requesting interpreter services for the hearing impaired must notify the Division of Purchasing at 401-738-2000, Ext. 6241 or TDD at 739-9150 at least 48 hours in advance of the bid opening date.

James F. Marcello
Purchasing Agent

Dial 277-7700 for an experience sales representative who'll help make your CLASSIFIED ad

ARE SO
BE REM
OF THE
JECT TC

MORT
45

(Burri
The prope
scribed
Main S
rillville
sold at
May 5,
local ti
at 450
coag
02859
sold by
of sale
tain m
NLC
LLC m
by Jessic
mortgag
15, 2004
on Marc
A.M. in
673, in
Land E
Town of
condition
gage hav
That cert
of land, with
improvemen
ed at 450 B
coag (Burrill
bounded and
ly described
recorded in B
673, of said
ville Record
dence.

The above
sold subject
sessments, w
charges, con
and other
which may c
lien thereon,
prior mortga
and will be c
to any restric
ments of rec
cerning said r
of redemption
eral taxes, if a
withstanding
constitute vali
cumbrances
said sale.

Terms of sal
a down paymen
upon the acce
successful bid
cash or by b
check at the tim
sale. The balanc
by the purchase
check, bank t
cashier's check
Shapiro & Krei
Boston Post Ro
Park, Sudbury,
within thirty (3
the date of the
terms and condit
nounced immedi
said sale.

The Mortgag
the right to rec
the above premis
cept the highe
prices offered the

By order of th
which gives noti
tention to bid at
any postponement
ment thereof.

SHAPIRO &
Attorneys fo
of th
490 Bosto
Sudbury
(97
(4/13, 4/20 and



EXHIBIT TWO