IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 17 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. NO. 06-115S |
| ONE 1997 MERCEDES E-300D, VIN: WDBJF20F1VA373129, Defendant | ) | |

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The default of Rafael Santos having been entered, and it appearing that no other claim to the defendant vehicle has been filed since said vehicle was seized;

It is hereby

**ORDERED, ADJUDGED, and DECREED**

That judgment is entered in favor of the plaintiff, the United States of America, and the defendant vehicle, one 1997 Mercedes E-300D, VIN: WDBJF20F1VA373129, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said vehicle according to law.

BY ORDER:

ENTER:

WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE
6/22/06